**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO PEREZ, | ) | CASE NO. CV 09-00324 DOC (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| G. ADAMS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of GERARDO PEREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 1, 2011

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE